UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2018-1816

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on April 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Johanna Marie Kappus
dba Kappus Farms
Ronald Wayne Kappus
dba Kappus Farms

Case No.: 18-19321-KCF

Hearing Date: 03/27/2019

Judge: Honorable Kathryn C. Ferguson

Chapter: 13

## ORDER RESOLVING MOTION FOR RELIEF AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: April 1, 2019

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Page 2**
Debtor: Johanna Marie Kappus
dba Kappus Farms and Ronald Wayne Kappus
dba Kappus Farms
Case No.: 18-19321-KCF
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF AND PROVIDING FOR FURTHER DEFAULT

---

Upon the motion of Powers Kirn, LLC, Attorney for Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property commonly known as 32 Kappus Road, Milford, New Jersey 08848 as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Mortgagee acknowledges that Debtor(s) have brought the relevant post-petition payments current through February 12, 2019.

2. Debtor(s) shall resume regular monthly mortgage payments starting on March 12, 2019.

3. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

4. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.