UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2018-1816

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000



Order Filed on April 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Johanna Marie Kappus
dba Kappus Farms
Ronald Wayne Kappus
dba Kappus Farms

Case No.:  18-19321-KCF

Hearing Date: 03/27/2019

Judge:   Honorable Kathryn C. Ferguson

Chapter:  13

## ORDER RESOLVING MOTION FOR RELIEF AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2)    is

hereby **ORDERED**.

**DATED: April 1, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Page 2**

Debtor: Johanna Marie Kappus
dba Kappus Farms and Ronald Wayne Kappus
dba Kappus Farms
Case No.: 18-19321-KCF
Caption of Order:          ORDER RESOLVING MOTION FOR RELIEF AND PROVIDING
FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property commonly known as 32 Kappus Road, Milford, New Jersey 08848 as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1.      Mortgagee acknowledges that Debtor(s) have brought the relevant post-petition payments current through February 12, 2019.

2.      Debtor(s) shall resume regular monthly mortgage payments starting on March 12, 2019.

3.      Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

4.      The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-19321-KCF
Johanna Marie Kappus                                                  Chapter 13
Ronald Wayne Kappus
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1                Date Rcvd: Apr 01, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2019.
db/jdb         +Johanna Marie Kappus,   Ronald Wayne Kappus,   32 Kappus Road,   Milford, NJ 08848-2200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2019 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Douglas A. Cole    on behalf of Joint Debtor Ronald Wayne Kappus douglascoleesq@att.net
          Douglas A. Cole    on behalf of Debtor Johanna Marie Kappus douglascoleesq@att.net
          Eamonn  O'Hagan    on behalf of Creditor   United States of America (USDA-FSA)
           eamonn.ohagan@usdoj.gov
          Michael R. DuPont    on behalf of Creditor   Riegel Federal Credit Union dupont@redbanklaw.com,
           dana@redbanklaw.com
          Robert P. Saltzman    on behalf of Creditor   Specialized Loan Servicing LLC dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. as successor by merger to
           Wachovia Bank, N.A. ecf@powerskirn.com
                                                                          TOTAL: 8